UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
Patrick E Markham § Case No. 12-18268
Robyn Balcaitis Markham §
 §
 §
         Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 12-18268 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Patrick E Markham | | | | Date Filed (f) or Converted (c): | 05/03/2012 (f) |
| | Robyn Balcaitis Markham | | | | 341(a) Meeting Date: | 05/31/2012 |
| For Period Ending: | 01/30/2015 | | | | Claims Bar Date: | 01/24/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 18722 Wren Circle, Mokena, IL 60448 | 224,500.00 | 0.00 | | 10,000.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Charter One Bank checking account | 200.00 | 0.00 | | 0.00 | FA |
| 4. Fifth Third Bank checking account | 200.00 | 0.00 | | 0.00 | FA |
| 5. Living Room furniture consisting of couch, tables | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous used clothing of debtors | 250.00 | 0.00 | | 0.00 | FA |
| 7. One men's watch, one women's watch, misc | 250.00 | 0.00 | | 0.00 | FA |
| 8. State Farm whole life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 9. State Farm shole live insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 10. MSS, LCC | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Lexus RX 300 SUV | 7,494.00 | 0.00 | | 0.00 | FA |
| 12. Penco | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2008 Hyundai Azera | 10,629.00 | 0.00 | | 0.00 | FA |
| 14. Computer printer and monitor | 150.00 | 0.00 | | 0.00 | FA |
| 15. 11 year old dog, no commercial value | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $244,723.00    $0.00    $10,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assigned case after Waller resigned; Waller filed asset report 10/12; Waller settled with Debtor for $10,000 in exchange for estate interest in 18722 Wren Circle, Mokena, IL 60448; $6800 already paid; Outstanding balance $3200 payable on/before December 6, 2013; Debtor making installment payments.

RE PROP #    12    --    Ceased operations in January 2010.  Involuntarily dissolved by the Illinois Secretary of State on March 12, 2010.

Initial Projected Date of Final Report (TFR): 12/31/2013    Current Projected Date of Final Report (TFR): 12/31/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-18268 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Patrick E Markham | Bank Name: | Associated Bank |
| | Robyn Balcaitis Markham | Account Number/CD#: | XXXXXX9785 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9650 | Blanket Bond (per case limit): | |
| For Period Ending: | 01/30/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8601 | Transfer of Funds | 9999-000 | $9,868.16 | | $9,868.16 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,868.16 | $0.00 |
| Less: Bank Transfers/CD's | $9,868.16 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $9,868.16 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-18268 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Patrick E Markham | Bank Name: Congressional Bank |
| Robyn Balcaitis Markham | Account Number/CD#: XXXXXX8753 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9650 | Blanket Bond (per case limit): |
| For Period Ending: 01/30/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/22/12 | 1 | Patrick E. Markham<br>18722 Wren Cir<br>Mokean, IL 60448 | | 1110-000 | $6,500.00 | | $6,500.00 |
| 11/19/12 | 1 | Patrick E Markam<br>18722 Wren Cir<br>Mokena, IL 60448 | | 1110-000 | $300.00 | | $6,800.00 |
| 01/10/13 | 1001 | Estate of Patrick E Markham, 12-18268 | Funds re Trustee Reassignment Transfer from Trustee Waller account to Trustee Takada account | 9999-000 | | $6,800.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $6,800.00 | $6,800.00 |
| Less: Bank Transfers/CD's | $0.00 | $6,800.00 |
| Subtotal | $6,800.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,800.00 | $0.00 |

Page Subtotals:    $6,800.00    $6,800.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-18268  
Case Name: Patrick E Markham  
Robyn Balcaitis Markham  
Taxpayer ID No: XX-XXX9650  
For Period Ending: 01/30/2015  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX9892  
Checking Account  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/13 | | Estate of Patrick E Markham, 12-18268 c/o Brad Waller, Trustee 2045 Aberdeen Court Sycamore, Illinois 60178 | Funds re Trustee Reassignment Trustee Waller resigned from case | 9999-000 | $6,800.00 | | $6,800.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8601 | Transfer of Funds | 9999-000 | | $6,800.00 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $6,800.00 | $6,800.00 |
| Less: Bank Transfers/CD's | $6,800.00 | $6,800.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:    $6,800.00    $6,800.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                    Exhibit B

Case No: 12-18268  
Case Name: Patrick E Markham  
                Robyn Balcaitis Markham  
Taxpayer ID No: XX-XXX9650  
For Period Ending: 01/30/2015  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8601  
                                Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 |  | Transfer from Acct # xxxxxx9892 | Transfer of Funds | 9999-000 | $6,800.00 |  | $6,800.00 |
| 02/21/13 | 1 | Patrick Markham 18722 Wren Circle Moken, Illinois 60448 | Settlement payment Installment payment from buy back of estate interest in real estate | 1110-000 | $300.00 |  | $7,100.00 |
| 03/07/13 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $5.60 | $7,094.40 |
| 03/11/13 |  | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 |  | $4.40 | $7,090.00 |
| 04/05/13 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.54 | $7,079.46 |
| 05/07/13 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.18 | $7,069.28 |
| 05/17/13 | 1 | Patrick Markham | Settlement payment | 1110-000 | $300.00 |  | $7,369.28 |
| 06/07/13 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.67 | $7,358.61 |
| 07/08/13 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.59 | $7,348.02 |
| 08/07/13 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.92 | $7,337.10 |
| 09/09/13 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.91 | $7,326.19 |
| 10/07/13 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.54 | $7,315.65 |
| 11/07/13 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.88 | $7,304.77 |
| 12/06/13 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.51 | $7,294.26 |

Page Subtotals:    $7,400.00    $105.74

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 12-18268 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Patrick E Markham | Bank Name: | The Bank of New York Mellon |
| Robyn Balcaitis Markham | Account Number/CD#: | XXXXXX8601 |
| | | Checking |
| Taxpayer ID No: XX-XXX9650 | Blanket Bond (per case limit): | |
| For Period Ending: 01/30/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/16/13 | 1 | Patrick Markham | Settlement payment | 1110-000 | $1,600.00 | | $8,894.26 |
| 12/16/13 | 1 | Patrick Markham | Settlement payment | 1110-000 | $500.00 | | $9,394.26 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.15 | $9,382.11 |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.95 | $9,368.16 |
| 02/14/14 | 1 | Patrick Markham | Accounts Receivable | 1110-000 | $500.00 | | $9,868.16 |
| 01/26/15 | | Transfer to Acct # xxxxxx9785 | Transfer of Funds | 9999-000 | | $9,868.16 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $6,800.00 | $9,868.16 |
| Subtotal | $3,200.00 | $131.84 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,200.00 | $131.84 |

Page Subtotals: $2,600.00    $9,894.26

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8601 - Checking | $3,200.00 | $131.84 | $0.00 |
| XXXXXX8753 - Checking Account | $6,800.00 | $0.00 | $0.00 |
| XXXXXX9785 - Checking | $0.00 | $0.00 | $9,868.16 |
| XXXXXX9892 - Checking Account | $0.00 | $0.00 | $0.00 |
| | $10,000.00 | $131.84 | $9,868.16 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:    $0.00    $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-18268  
Debtor Name: Patrick E Markham  
Claims Bar Date: 1/24/2013

Date: January 30, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $1,750.00 | $1,750.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $6.86 | $6.86 |
| 1 300 7100 | Atlas Acquisitions Llc (Ge Money Bank)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $1,815.54 | $1,815.54 | $1,815.54 |
| 2 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,059.00 | $10,059.05 | $10,059.05 |
| 3 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $14,902.65 | $14,902.65 | $14,902.65 |
| 4 300 7100 | Nordstrom Fsb<br>P.O. Box 6566<br>Englewood, Co 80155 | Unsecured | | $6,445.25 | $6,445.25 | $6,445.25 |
| 5 300 7100 | Silver Cross Hospital<br>Attn: Patient Accounts<br>1900 Silver Cross Blvd.<br>New Lenox, Il 60451 | Unsecured | | $4,000.00 | $4,005.30 | $4,005.30 |
| 6 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $6,771.55 | $7,400.73 | $7,400.73 |
| 7 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $1,250.41 | $1,574.16 | $1,574.16 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-18268  
Debtor Name: Patrick E Markham  
Claims Bar Date: 1/24/2013  

Date: January 30, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 8 / 300 / 7100 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Unsecured | | $6,381.06 | $6,381.06 | $6,381.06 |
| 9 / 300 / 7100 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Unsecured | | $2,437.75 | $2,437.75 | $2,437.75 |
| 10 / 300 / 7100 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Unsecured | | $11,042.67 | $11,042.67 | $11,042.67 |
| 11 / 300 / 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $48,824.57 | $48,824.57 | $48,824.57 |
| 13 / 300 / 7100 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $801.79 | $943.34 | $943.34 |
| 12 / 400 / 4110 | Capital One Auto Finance<br>A Division Of Capital One, N.A.<br>Po Box 201347<br>Arlington, Tx 76006 | Secured | Withdrawn | $0.00 | $12,283.76 | $0.00 |
| 14 / 400 / 4110 | Citimortgage, Inc.<br>Po Box 6030<br>Sioux Falls, Sd 57117-6030 | Secured | Withdrawn | $0.00 | $162,595.91 | $0.00 |
| | Case Totals | | | $114,732.24 | $292,468.60 | $117,588.93 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-18268
Case Name: Patrick E Markham
         Robyn Balcaitis Markham
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                                                $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | Capital One Auto Finance | $ | $ | $ | $ |
| 14 | Citimortgage, Inc. | $ | $ | $ | $ |

Total to be paid to secured creditors                         $_____

Remaining Balance                                             $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Trustee Expenses: Joji Takada | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Ge Money Bank) | $ | $ | $ |
| 2 | DISCOVER BANK | $ | $ | $ |
| 3 | DISCOVER BANK | $ | $ | $ |
| 4 | Nordstrom Fsb | $ | $ | $ |
| 5 | Silver Cross Hospital | $ | $ | $ |
| 6 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 7 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 8 | N. A. Fia Card Services | $ | $ | $ |
| 9 | N. A. Fia Card Services | $ | $ | $ |
| 10 | N. A. Fia Card Services | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank | $ | $ | $ |
| 13 | Portfolio Recovery Associates, Llc | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                              $_____


Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE