**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-18268 |
| Patrick E Markham | § | Chapter 7 |
| Robyn Balcaitis Markham | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:

| | |
|---|---|
| Date: | 3/6/2015 |
| Time: | 9:00 a.m. |
| Location: | Joliet City Hall |
| | Second Floor |
| | 150 West Jefferson Street |
| | Joliet, Illinois |

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  1/30/2015                By:   /s/ Joji Takada
                                                        Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| In re: | § | |
|--------|---|---|
| | § | |
| Patrick E Markham | § | Case No. 12-18268 |
| Robyn Balcaitis Markham | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 131.84 |
| leaving a balance on hand of[1] | $ | 9,868.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|-------------------------|------------------|
| 12 | Capital One Auto Finance | $ 12,283.76 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | Citimortgage, Inc. | $ 162,595.91 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 9,868.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|------------------|-----------------|-------------------------|------------------|
| Trustee Fees: Joji Takada | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: Joji Takada | $ 6.86 | $ 0.00 | $ 6.86 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,756.86 |
| Remaining Balance | $ | 8,111.30 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 115,832.07  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  7.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Ge Money Bank) | $       1,815.54 | $          0.00 | $          127.14 |
| 2 | DISCOVER BANK | $     10,059.05 | $          0.00 | $          704.40 |
| 3 | DISCOVER BANK | $     14,902.65 | $          0.00 | $       1,043.58 |
| 4 | Nordstrom Fsb | $       6,445.25 | $          0.00 | $          451.34 |
| 5 | Silver Cross Hospital | $       4,005.30 | $          0.00 | $          280.48 |
| 6 | N. A. Capital One Bank (Usa) | $       7,400.73 | $          0.00 | $          518.25 |
| 7 | Quantum3 Group Llc As Agent For | $       1,574.16 | $          0.00 | $          110.23 |
| 8 | N. A. Fia Card Services | $       6,381.06 | $          0.00 | $          446.84 |
| 9 | N. A. Fia Card Services | $       2,437.75 | $          0.00 | $          170.71 |
| 10 | N. A. Fia Card Services | $     11,042.67 | $          0.00 | $          773.28 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank | $           48,824.57 | $            0.00 | $            3,419.00 |
| 13 | Portfolio Recovery Associates, Llc | $              943.34 | $            0.00 | $               66.05 |

Total to be paid to timely general unsecured creditors        $            8,111.30

Remaining Balance        $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada _____
                                                        Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                              Case No. 12-18268-BWB
Patrick E Markham                                                                   Chapter 7
Robyn Balcaitis Markham
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman           Page 1 of 2            Date Rcvd: Feb 03, 2015
                              Form ID: pdf006         Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2015.
```
db/jdb       +Patrick E Markham,    Robyn Balcaitis Markham,    18722 Wren Circle,    Mokena, IL 60448-8765
18866023     +Associated Radiologists of Joliet,    39069 Treasury Center,    Chicago, IL 60694-9000
19620808     +Atlas Acquisitions LLC (GE MONEY BANK),    294 Union St.,    Hackensack, NJ 07601-4303
18866024    ##+Baker Miller Markoff & Krasny,    29 N. Wacker Dr.,    5th Floor,    Chicago, IL 60606-3227
18866026     +Blatt Hasenmiller, Leibsker & Moore,    125 S. Wacker Dr.Suite 400,    Chicago, IL 60606-4440
18866027      Capital One,   P.O. Box 85167,    Richmond, VA 23285-5167
19681834      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18866029     +Citi Cards,   P.O. Box 6000,    The Lakes, NV  89163-6000
18866033      CitiBusiness Cards,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
18866034      CitiMortgage,    P.O. Box 6600,    Dallas, TX 75266-0065
21315964      CitiMortgage, Inc.,    Po Box 6030,    Sioux Falls, SD 57117-6030
18866030     +Citibank,   PO Box 6283,    Sioux Falls, SD 57117-6283
18866032      Citibank,   PO Box 469100,    Escondido, CA 92046-9100
18866031     +Citibank,   Citigold Services,    PO Box 769007,    San Antonio, TX 78245-9007
18866035     +Crystal Creek of Mokena,    1400 Essington Road,    Joliet, IL 60435-2886
18866037     +EM Strategies,   c/o Medical Business Bureau, LLC,    1175 Devin Dr., Ste. 173,
               Norton Shores, MI 49441-6079
19717987      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18866043      HSBC Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
18866040    ##+Hauselman Rappin and Olswang, LTD,    39 S. LaSalle, Ste. 1105,    Chicago, IL 60603-1720
18866041     +Hedges Clinic,    222 Colorado Avenue,    Frankfort, IL 60423-1396
18866042      Home Depot Credit services,    P.O. Box 653000,    Dallas, TX 75265-3000
18866044     +Meyer & Njus, P.A.,    1100 U.S. Bank Plaza,    200 South Sixth Street,
               Minneapolis, MN 55402-1403
19949616     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
18866046     +Palos Community Hospital,    12251 S. 80th Avenue,    Palos Heights, IL 60463-0930
18866047      Pathology and Laboratory Consultants SC,    520 E. 22nd St.,    Lombard, IL 60148-6110
18866051     +Silver Cross Hospital,    1200 Maple Road,    Joliet, IL 60432-1497
19674097     +Silver Cross Hospital,    Attn: Patient Accounts,    1900 Silver Cross Blvd.,
               New Lenox, Il 60451-9509
18866053      WFNNB Bankruptcy Dept.,    P.O. Box 182125,    Columbus OH 43218-2125
18866052      Wells Fargo Auto Finance, LLC,    PO Box 25341,    Santa Ana, CA 92799-5341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18910671     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 04 2015 03:37:49
               Ascension Capital Group,    C/O Capital One Auto Finance Department,    P. O. Box 201347,
               Arlington, TX 76006-1347
18987346     +E-mail/Text: bnc@atlasacq.com Feb 04 2015 02:38:13       Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
18866028     +E-mail/Text: coafinternalbkteam@capitaloneauto.com Feb 04 2015 02:40:14
               Capital One Auto Finance,    PO Box  260848,    Plano, TX 75026-0848
19922525     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 04 2015 03:37:38
               Capital One Auto Finance,    a division of Capital One, N.A.,    Po Box 201347,
               Arlington, TX 76006-1347
22543217     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 04 2015 03:37:37
               Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
               Arlington, TX 76006-1347
18866036      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 04 2015 02:51:40       Discover Card,
               P.O. Box 30943,    Salt Lake City, UT  84130
19627293      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 04 2015 02:51:40        Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18866038     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2015 02:45:35       GE Money Bank,
               Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
18866039     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2015 02:44:52       GE Money Bank,
               Bankruptcy Department,    PO Box 103106,    Roswell, GA 30076-9106
18866045     +E-mail/Text: bnc@nordstrom.com Feb 04 2015 02:38:21       Nordstrom Bank,    P.O. Box 13589,
               Scottsdale AZ 85267-3589
19663821     +E-mail/Text: bnc@nordstrom.com Feb 04 2015 02:38:21       Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
19751399     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2015 02:45:19
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
19711525      E-mail/Text: bnc-quantum@quantum3group.com Feb 04 2015 02:38:46
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                            TOTAL: 13
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18866049      PEMCO, Inc.
18866048      Pemco Group
18866050      Pemco, Inc.
```

```
District/off: 0752-1          User: froman           Page 2 of 2          Date Rcvd: Feb 03, 2015
                             Form ID: pdf006         Total Noticed: 42
```

```
18866025       ##Bank of America,   P.O. Box 15026,   Wilmington DE   19850-5026
                                                                       TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2015 at the address(es) listed below:
          Dennis M Sbertoli    on behalf of Joint Debtor Robyn Balcaitis Markham dsbert4978@aol.com
          Dennis M Sbertoli    on behalf of Debtor Patrick E Markham dsbert4978@aol.com
          Joji  Takada     on behalf of Trustee Joji  Takada trustee@takadallc.com,
          jtakada@ecf.epiqsystems.com
          Joji  Takada    trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
          Ronald J. Kapustka    on behalf of Creditor   Crystal Creek of Mokena Townhomes Association
          ndaily@ksnlaw.com,  bankruptcy@ksnlaw.com
                                                                       TOTAL: 6