UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Patrick E Markham | § | Case No. 12-18268 |
| Robyn Balcaitis Markham | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 13,323.00                     Assets Exempt: 36,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 8,111.30      Claims Discharged
                                                Without Payment: 107,720.77

Total Expenses of Administration: 1,888.70

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 174,879.67 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,888.70 | 1,888.70 | 1,888.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 114,732.24 | 115,832.07 | 115,832.07 | 8,111.30 |
| **TOTAL DISBURSEMENTS** | $ 114,732.24 | $ 292,600.44 | $ 117,720.77 | $ 10,000.00 |

     4)  This case was originally filed under chapter 7 on  05/03/2012 .  The case was pending for 39 months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated:  07/18/2015               By:/s/Joji Takada, Chapter 7 Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 18722 Wren Circle, Mokena, IL 60448 | 1110-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Capital One Auto Finance | 4110-000 | NA | 12,283.76 | 0.00 | 0.00 |
| 14 | Citimortgage, Inc. | 4110-000 | NA | 162,595.91 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 174,879.67** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,050.00 | 1,050.00 | 1,050.00 |
| Joji Takada | 2200-000 | NA | 6.86 | 6.86 | 6.86 |
| The Bank of New York Mellon | 2600-000 | NA | 131.84 | 131.84 | 131.84 |
| Bradley J. Waller | 3210-000 | NA | 700.00 | 700.00 | 700.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,888.70 | $ 1,888.70 | $ 1,888.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Ge Money Bank) | 7100-000 | 1,815.54 | 1,815.54 | 1,815.54 | 127.14 |
| 2 | DISCOVER BANK | 7100-000 | 10,059.00 | 10,059.05 | 10,059.05 | 704.40 |
| 3 | DISCOVER BANK | 7100-000 | 14,902.65 | 14,902.65 | 14,902.65 | 1,043.58 |
| 6 | N. A. Capital One Bank (Usa) | 7100-000 | 6,771.55 | 7,400.73 | 7,400.73 | 518.25 |
| 10 | N. A. Fia Card Services | 7100-000 | 11,042.67 | 11,042.67 | 11,042.67 | 773.28 |
| 8 | N. A. Fia Card Services | 7100-000 | 6,381.06 | 6,381.06 | 6,381.06 | 446.84 |
| 9 | N. A. Fia Card Services | 7100-000 | 2,437.75 | 2,437.75 | 2,437.75 | 170.71 |
| 4 | Nordstrom Fsb | 7100-000 | 6,445.25 | 6,445.25 | 6,445.25 | 451.34 |
| 13 | Portfolio Recovery Associates, Llc | 7100-000 | 801.79 | 943.34 | 943.34 | 66.05 |
| 11 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank | 7100-000 | 48,824.57 | 48,824.57 | 48,824.57 | 3,419.00 |
| 7 | Quantum3 Group Llc As Agent For | 7100-000 | 1,250.41 | 1,574.16 | 1,574.16 | 110.23 |
| 5 | Silver Cross Hospital | 7100-000 | 4,000.00 | 4,005.30 | 4,005.30 | 280.48 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 114,732.24** | **$ 115,832.07** | **$ 115,832.07** | **$ 8,111.30** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-18268 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Patrick E Markham | | | | Date Filed (f) or Converted (c): | 05/03/2012 (f) |
| | Robyn Balcaitis Markham | | | | 341(a) Meeting Date: | 05/31/2012 |
| For Period Ending: | 07/18/2015 | | | | Claims Bar Date: | 01/24/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 18722 Wren Circle, Mokena, IL 60448 | 224,500.00 | 0.00 | | 10,000.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Charter One Bank checking account | 200.00 | 0.00 | | 0.00 | FA |
| 4. Fifth Third Bank checking account | 200.00 | 0.00 | | 0.00 | FA |
| 5. Living Room furniture consisting of couch, tables | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous used clothing of debtors | 250.00 | 0.00 | | 0.00 | FA |
| 7. One men's watch, one women's watch, misc | 250.00 | 0.00 | | 0.00 | FA |
| 8. State Farm whole life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 9. State Farm shole live insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 10. MSS, LCC | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Lexus RX 300 SUV | 7,494.00 | 0.00 | | 0.00 | FA |
| 12. Penco<br><br>Ceased operations in January 2010. Involuntarily dissolved by the Illinois Secretary of State on March 12, 2010. | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2008 Hyundai Azera | 10,629.00 | 0.00 | | 0.00 | FA |
| 14. Computer printer and monitor | 150.00 | 0.00 | | 0.00 | FA |
| 15. 11 year old dog, no commercial value | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $244,723.00 | $0.00 | | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assigned case after Waller resigned; Waller filed asset report 10/12; Waller settled with Debtor for $10,000 in exchange for estate interest in 18722 Wren Circle, Mokena, IL 60448; $6800 already paid; Outstanding balance $3200 payable on/before December 6, 2013; Debtor making installment payments.

Exhibit 8

TFR prepared/filed.  - Joji Takada 11/30/2014

Checks cleared; TDR to be prepared/filed. - Joji Takada 4/6/2015

Initial Projected Date of Final Report (TFR): 12/31/2013          Current Projected Date of Final Report (TFR): 12/31/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-18268 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Patrick E Markham | Bank Name: Associated Bank | |
| Robyn Balcaitis Markham | Account Number/CD#: XXXXXX9785 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9650 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/18/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8601 | Transfer of Funds | 9999-000 | $9,868.16 | | $9,868.16 |
| 03/11/15 | 2001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $1,050.00 | $8,818.16 |
| 03/11/15 | 2002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $6.86 | $8,811.30 |
| 03/11/15 | 2003 | Bradley J. Waller<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Final distribution per court order. | 3210-000 | | $700.00 | $8,111.30 |
| 03/11/15 | 2004 | Atlas Acquisitions Llc (Ge Money Bank)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution per court order. | 7100-000 | | $127.14 | $7,984.16 |
| 03/11/15 | 2005 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution per court order. | 7100-000 | | $704.40 | $7,279.76 |
| 03/11/15 | 2006 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution per court order. | 7100-000 | | $1,043.58 | $6,236.18 |
| 03/11/15 | 2007 | Nordstrom Fsb<br>P.O. Box 6566<br>Englewood, Co 80155 | Final distribution per court order. | 7100-000 | | $451.34 | $5,784.84 |
| 03/11/15 | 2008 | Silver Cross Hospital<br>Attn: Patient Accounts<br>1900 Silver Cross Blvd.<br>New Lenox, Il 60451 | Final distribution per court order. | 7100-000 | | $280.48 | $5,504.36 |
| 03/11/15 | 2009 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $518.25 | $4,986.11 |
| 03/11/15 | 2010 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $110.23 | $4,875.88 |

Page Subtotals: $9,868.16    $4,992.28

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-18268 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Patrick E Markham | Bank Name: Associated Bank |
| Robyn Balcaitis Markham | Account Number/CD#: XXXXXX9785 |
| | Checking |
| Taxpayer ID No: XX-XXX9650 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/18/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/11/15 | 2011 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution per court order. | 7100-000 | | $446.84 | $4,429.04 |
| 03/11/15 | 2012 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution per court order. | 7100-000 | | $170.71 | $4,258.33 |
| 03/11/15 | 2013 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution per court order. | 7100-000 | | $773.28 | $3,485.05 |
| 03/11/15 | 2014 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $3,419.00 | $66.05 |
| 03/11/15 | 2015 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution per court order. | 7100-000 | | $66.05 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,868.16 | $9,868.16 |
| Less: Bank Transfers/CD's | $9,868.16 | $0.00 |
| Subtotal | $0.00 | $9,868.16 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $9,868.16 |

Page Subtotals: $0.00   $4,875.88

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-18268 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Patrick E Markham | Bank Name: Congressional Bank | |
| Robyn Balcaitis Markham | Account Number/CD#: XXXXXX8753 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX9650 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/18/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/22/12 | 1 | Patrick E. Markham<br>18722 Wren Cir<br>Mokean, IL 60448 | | 1110-000 | $6,500.00 | | $6,500.00 |
| 11/19/12 | 1 | Patrick E Markam<br>18722 Wren Cir<br>Mokena, IL 60448 | | 1110-000 | $300.00 | | $6,800.00 |
| 01/10/13 | 1001 | Estate of Patrick E Markham, 12-18268 | Funds re Trustee Reassignment<br>Transfer from Trustee Waller account to Trustee Takada account | 9999-000 | | $6,800.00 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $6,800.00 | $6,800.00 |
| | Less: Bank Transfers/CD's | $0.00 | $6,800.00 |
| | Subtotal | $6,800.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $6,800.00 | $0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals: | $6,800.00 | $6,800.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-18268 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Patrick E Markham | Bank Name: | Congressional Bank |
|  | Robyn Balcaitis Markham | Account Number/CD#: | XXXXXX9892 |
|  |  |  | Checking Account |
| Taxpayer ID No: | XX-XXX9650 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/18/2015 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/13 |  | Estate of Patrick E Markham, 12-18268 c/o Brad Waller, Trustee 2045 Aberdeen Court Sycamore, Illinois 60178 | Funds re Trustee Reassignment Trustee Waller resigned from case | 9999-000 | $6,800.00 |  | $6,800.00 |
| 02/12/13 |  | Transfer to Acct # xxxxxx8601 | Transfer of Funds | 9999-000 |  | $6,800.00 | $0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS |  | $6,800.00 | $6,800.00 |
| Less: Bank Transfers/CD's |  | $6,800.00 | $6,800.00 |
| Subtotal |  | $0.00 | $0.00 |
| Less: Payments to Debtors |  | $0.00 | $0.00 |
| Net |  | $0.00 | $0.00 |

|  |  |  |
| --- | --- | --- |
| Page Subtotals: | $6,800.00 | $6,800.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-18268 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Patrick E Markham | Bank Name: The Bank of New York Mellon |
| Robyn Balcaitis Markham | Account Number/CD#: XXXXXX8601 |
| | Checking |
| Taxpayer ID No: XX-XXX9650 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/18/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx9892 | Transfer of Funds | 9999-000 | $6,800.00 | | $6,800.00 |
| 02/21/13 | 1 | Patrick Markham 18722 Wren Circle Moken, Illinois 60448 | Settlement payment Installment payment from buy back of estate interest in real estate | 1110-000 | $300.00 | | $7,100.00 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.60 | $7,094.40 |
| 03/11/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | $4.40 | $7,090.00 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.54 | $7,079.46 |
| 05/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.18 | $7,069.28 |
| 05/17/13 | 1 | Patrick Markham | Settlement payment | 1110-000 | $300.00 | | $7,369.28 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.67 | $7,358.61 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.59 | $7,348.02 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.92 | $7,337.10 |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.91 | $7,326.19 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.54 | $7,315.65 |

Page Subtotals: $7,400.00 $84.35

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-18268 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | Patrick E Markham | Bank Name: | The Bank of New York Mellon | |
| | Robyn Balcaitis Markham | Account Number/CD#: | XXXXXX8601 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9650 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 07/18/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.88 | $7,304.77 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.51 | $7,294.26 |
| 12/16/13 | 1 | Patrick Markham | Settlement payment | 1110-000 | $1,600.00 | | $8,894.26 |
| 12/16/13 | 1 | Patrick Markham | Settlement payment | 1110-000 | $500.00 | | $9,394.26 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.15 | $9,382.11 |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.95 | $9,368.16 |
| 02/14/14 | 1 | Patrick Markham | Accounts Receivable | 1110-000 | $500.00 | | $9,868.16 |
| 01/26/15 | | Transfer to Acct # xxxxxx9785 | Transfer of Funds | 9999-000 | | $9,868.16 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $6,800.00 | $9,868.16 |
| Subtotal | $3,200.00 | $131.84 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,200.00 | $131.84 |

Page Subtotals:  $2,600.00   $9,915.65

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8601 - Checking | $3,200.00 | $131.84 | $0.00 |
| XXXXXX8753 - Checking Account | $6,800.00 | $0.00 | $0.00 |
| XXXXXX9785 - Checking | $0.00 | $9,868.16 | $0.00 |
| XXXXXX9892 - Checking Account | $0.00 | $0.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $10,000.00 |
| **Total Gross Receipts:** | $10,000.00 |

Page Subtotals:  $0.00   $0.00